UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUPER SAVE & LA MICHUACANA MARKETS, INC. dba SUPER SAVE MARKET, et al.,<br><br>　　　　　　Defendants. | Case No.  1:25-cv-00105-BAM<br><br>ORDER VACATING HEARING DATE OF JULY 18, 2025<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SUPPLEMENTAL BRIEFING REGARDING MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUEST FOR ATTORNEYS' FEES<br><br>(Doc. 17)<br><br>TWENTY-ONE DAY DEADLINE |

　　　On June 6, 2025, Plaintiff Jose Acosta filed a motion to enforce settlement agreement and request for attorneys' fees.  (Doc. 17.)  Following a preliminary review of the motion, the Court finds that supplemental briefing is warranted.

　　　Under federal law, "the trial court has power to summarily enforce on motion a settlement agreement entered into by the litigants while the litigation is pending before it." *In re City Equities Anaheim, Ltd.*, 22 F.3d 954, 957 (9th Cir. 1994) (quotation omitted).  "Whether to enforce a settlement agreement is a matter committed to the Court's discretion." *Brooke v. Capri Motel, LLC*, No. 1:18-cv-0062-LJO-JLT, 2018 WL 3062188, at *2 (E.D. Cal. June 19, 2018) (citations omitted).

///

According to the record, defendants are in default, and they have not yet appeared in this action. (*See* Docs. 10, 11, 12, 13.) Plaintiff is therefore ordered to identify legal authorities that demonstrate it is proper for the Court to enforce a settlement agreement in light of the posture of this action. The Court notes the settlement agreement attached to the motion does not demonstrate that defendants have agreed to Court enforcement of the agreement without their general appearance. (*See* Doc. 17-3, Ex. A.)

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. The hearing date of July 18, 2025, is VACATED.
2. Within **twenty-one (21) days**, Plaintiff shall file supplemental briefing identifying legal authorities demonstrating the Court's authority to enforce a settlement agreement in light of the posture of this case.
3. Following receipt of Plaintiff's supplemental briefing, the Court will take Plaintiff's motion to enforce settlement agreement and request for attorneys' fees (Doc. 17) under submission. L.R. 230(g).

IT IS SO ORDERED.

Dated:   **July 10, 2025**                         /s/ *Barbara A. McAuliffe*       _
                                                                        UNITED STATES MAGISTRATE JUDGE

2