1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE ACOSTA,                              Case No.  1:25-cv-00105 JLT BAM

12                   Plaintiff,                ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND DENYING
13           v.                                PLAINTIFF'S MOTION TO ENFORCE
                                               SETTLEMENT AGREEMENT AND FOR
14   SUPER SAVE & LA MICHUACANA                ATTORNEYS' FEES
     MARKETS, INC. dba SUPER SAVE
15   MARKET, *et al.*,                         (Docs. 17, 22)

16                   Defendants.

17

18          Jose Acosta, who alleges he is disabled, asserts violation of the Americans with

19   Disabilities Act and state law for the failure to remove barriers to access at the Super Save Market

20   located in Reedley, California.  The Clerk of the Court entered default against defendants Super

21   Save & La Michuacana Markets, Inc., Mohammed Jaber, Abdel Jaber, and Sultana Jaber on

22   March 7, 2025.  (Docs. 10-13.)  Plaintiff filed a notice of settlement on April 22, 2025.  (Doc. 14.)

23   Thereafter, on June 6, 2025, plaintiff filed a motion to enforce the settlement agreement, along

24   with a request for attorneys' fees.  (Doc. 17.)

25          On October 16, 2025, the magistrate judge issued findings and recommendations

26   recommending that the motion to enforce settlement agreement and related request for attorneys'

27   fees be denied without prejudice.  (Doc. 22.)  The magistrate judge determined that plaintiff had

28   not provided authority demonstrating that it was appropriate for the court to enforce the

1

1  settlement agreement where the defendants were in default and had not appeared in the action.

2  (*Id.* at 4-5.)

3      The Court served the Findings and Recommendations plaintiff and notified him that any

4  objections were due within 14 days.  (Doc.  22 at 5.)  The Court also informed plaintiff that the

5  "failure to file objections within the specified time may result in the waiver of the 'right to

6  challenge the magistrate's factual findings' on appeal." (*Id.* at 5, quoting *Wilkerson v. Wheeler*,

7  772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed by any party and the time to do so

8  has expired.

9      According to 28 U.S.C. § 636 (b)(1)(c), this Court conducted a *de novo* review of the case.

10  Having carefully reviewed the entire matter, the Court concludes that the Findings and

11  Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

12      1.  The Findings and Recommendations issued on October 16, 2025 (Doc. 22) are

13          **ADOPTED**.

14      2.  Plaintiff's motion to enforce settlement agreement and request for attorneys' fees

15          (Doc. 17) is **DENIED** without prejudice.

16

17  IT IS SO ORDERED.

18      Dated:   **November 8, 2025**

        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2