**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:25-cv-00105-JLT-FJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 25) |
| SUPER SAVE & LA MICHUACANA MARKETS, INC., et al., | |
| Defendants. | |

On January 24, 2025, Jose Acosta filed his initial complaint in this action naming Super Save & La Michuacana Markets, Inc. d/b/a Super Save Market, Mohammed Jaber d/b/a Super Save Market, Abdel Jabel, Trustee of the Abdel Jaber and Sultana Jaber Living Trust u/d/t dated June 27, 2017, and Sultana Jaber, Trustee of the Abdel Jaber and Sultana Jaber Living Trust u/d/t dated June 27, 2017 as defendants. (Doc. 1.)

The Clerk of the Court entered default against defendants Super Save & La Michuacana Markets, Inc., Mohammed Jaber, Abdel Jaber, and Sultana Jaber on March 7, 2025. (Docs. 10-13.) Plaintiff filed a notice of settlement on April 22, 2025, indicating that the parties in this action reached a full and complete settlement of Plaintiff's claims. (Doc. 14.) On June 6, 2025, Plaintiff filed a motion to enforce the settlement agreement, along with a request for attorneys' fees. (Doc. 17.) On November 10, 2025, the Court denied that motion without prejudice. (Doc. 23.) On November 20, 2025, the Court directed Plaintiff to file a motion for default judgment or

1

other appropriate papers to resolve this action 30 days.  (Doc. 24.)  Plaintiff did not file a motion for default judgment or otherwise respond to the Court's order, and the time in which to do so has expired.

On December 29, 2025, the assigned magistrate judge issued findings and recommendations, recommending that the action be dismissed without prejudice for failure to obey a court order and failure to prosecute.  (Doc. 25.)  The Court served the findings and recommendations on the parties, notified them that any objections thereto were due within 14 days, and warned that failure to timely file objections may result in the waiver of certain appellate rights. (*Id*. at 3–4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) No party has filed any objections and the time to do so has since passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.    The findings and recommendations issued on December 29, 2025 (Doc. 25) are **ADOPTED IN FULL**.

2.    This action is **DISMISSED** without prejudice for failure to obey a Court order and for failure to prosecute.

3.    The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:    **April 25, 2026**

_____
UNITED STATES DISTRICT JUDGE